KRISTINE K. ROSELIUS,

        Plaintiff,

v.

JAMES McDANIEL, individually,
as an agent for KISSIMMEE BILLIE
SWAMP SAFARI, SEMINOLE TRIBE OF
FLORIDA COMMUNITY DEVELOPMENT
CORPORATION, and SEMINOLE TRIBE
OF FLORIDA, INC.; KISSIMMEE BILLIE
SWAMP SAFARI; SEMINOLE TRIBE OF
FLORIDA COMMUNITY DEVELOPMENT
CORPORATION, a federal corporation,

        Defendants.
_____/

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 95-6887-CIV-ROETTGER

**ORDER**

FILED by _____ D.C.
JUN 1 1997
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

        **THIS CAUSE** is before the Court *sua sponte*. Pending before the court is a motion by the Kissimmee Billie Swamp Safari, et al., to dismiss this cause for lack of subject matter jurisdiction. The parties have had ample time for discovery related to the jurisdictional issues raised in the motion. The court finds it appropriate to treat the motion as one for summary judgment pursuant to Fed. R. Civ. P. 56. Upon consideration of the motion and the record in this cause, it is

        **ORDERED AND ADJUDGED** that the Court will consider this motion for Summary Judgment **without** a hearing at a time following fifteen (15) days from the date of this Order. Any pleadings in support of or in opposition to the motion for Summary Judgment shall be filed with the Court within the fifteen (15) day period.

        **DONE AND ORDERED** this 11 day of June, 1997.

                                  _____
                                  NORMAN C. ROETTGER
                                  UNITED STATES DISTRICT JUDGE

cc: counsel of record